## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIE K. RHODES,** )<br>)<br>    **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**SELECT ENERGY SERVICES,** )<br>**LLC, a foreign limited liability company,** )<br>)<br>    **Defendant.** ) | **Case No. CIV-15-1021-D** |

### NOTICE OF SETTLEMENT

**COME NOW** Plaintiff Julie K. Rhodes and Defendant Select Energy Services, LLC, jointly and by and through their respective counsel of record, to notify the Court that settlement in this matter has been reached through mutual agreement of the parties. Accordingly, the parties request that the Court strike the remaining Scheduling Order deadlines as moot, and issue an Administrative Closing Order which provides the parties 45 days, or another period of time the Court deems appropriate, to consummate their agreement and file a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone

(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
***Attorneys for Plaintiff:***
***Julie K. Rhodes***


\*/s/ Adam T. Dougherty
*\*(Signed with Consent of Listed Counsel for Defendant)*
Mack J. Morgan III, OBA No. 6397
**CROWE & DUNLEVY**
A Professional Corporation
Braniff Building
324 N. Robinson Avenue, Ste. 100
Oklahoma City, Oklahoma 73102
(405) 235-7727
(405) 272-5235 (Facsimile)
mack.morgan@crowedunlevy.com

**-AND-**

Adam T. Dougherty, Texas Bar No. 24026809
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 624-1164 – Telephone
(214) 987-3927 – Facsimile
adam.dougherty@ogletreedeakins.com
*Admitted Pro Hac Vice*

Tiffany L. Cox, Texas Bar No. 24050734
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
112 East Pecan Street, Suite 2700
San Antonio, Texas 75205
(210) 277-3613 – Telephone
(210) 277-2702 – Facsimile
tiffany.cox@ogletreedeakins.com
*Admitted Pro Hac Vice*

***Attorneys for Defendant:***
***Select Energy Services, LLC***