# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIE K. RHODES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-15-1021-D |
| | ) |
| **SELECT ENERGY SERVICES,** | ) |
| **LLC, a foreign limited liability company,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Julie K. Rhodes, along with Defendant Select Energy Services, LLC, by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear her /its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com


Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Julie K. Rhodes*


\*/s/ Adam T. Dougherty
*\*(Signed with Consent of Listed Counsel for Defendant)*
Mack J. Morgan III, OBA No. 6397
**CROWE & DUNLEVY**
A Professional Corporation
Braniff Building
324 N. Robinson Avenue, Ste. 100
Oklahoma City, Oklahoma 73102
(405) 235-7727
(405) 272-5235 (Facsimile)
mack.morgan@crowedunlevy.com

**-AND-**

Adam T. Dougherty, Texas Bar No. 24026809
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 624-1164 – Telephone
(214) 987-3927 – Facsimile
adam.dougherty@ogletreedeakins.com
*Admitted Pro Hac Vice*

Tiffany L. Cox, Texas Bar No. 24050734
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
112 East Pecan Street, Suite 2700
San Antonio, Texas 75205
(210) 277-3613 – Telephone
(210) 277-2702 – Facsimile
tiffany.cox@ogletreedeakins.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant:*
*Select Energy Services, LLC*